IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re § | |
| § | |
| CHRISTOPHER H. LOEFFLER, § | |
| § | |
| Debtor, § | |
| § | CIVIL ACTION NO. H-06-0040 |
| CHRISTOPHER H. LOEFFLER, § | |
| § | |
| Appellant. § | |

**ORDER**

Christopher H. Loeffler has filed a motion for reconsideration of this court's previous Order dismissing this case for failure to comply with the rules governing bankruptcy appeals and failure to prosecute. (Docket Entry No. 7). This court permitted Loeffler to reopen an appeal of the same issue in case number H-05-4282. This case is moot in light of Loeffler's opportunity to raise this claim in the related case. The motion for reconsideration is denied.

SIGNED on June 29, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge