IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re § | |
| § | |
| CHRISTOPHER H. LOEFFLER, § | |
| § | |
| Debtor, § | |
| § CIVIL ACTION NO. H-06-0040 | |
| CHRISTOPHER H. LOEFFLER, § | |
| § | |
| Appellant. § | |

## ORDER

Christopher H. Loeffler has filed an "Emergency Motion to Vacate Erroneous Order and Request for Hearing," in which he contends that he agreed to dismiss this bankruptcy appeal voluntarily in a previous filing. (Docket Entry No. 9). This court dismissed this appeal on April 20, 2006, (Docket Entry No. 5), and denied Loeffler's motion for reconsideration on June 29, 2006, (Docket Entry No. 8). This court denied the motion for reconsideration on the basis that it was moot. Loeffler's claim that he filed a motion to dismiss the appeal (although Loeffler's filing was neither received nor docketed by the Office of the Clerk of the Southern District of Texas) supports this view of the case.

Loeffler's motion is denied.

SIGNED on July 5, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge